No. 287. GEORGE B. ROMMEL ET AL., APPELLANTS, *v.* COUNTY COURT OF BARBOUR COUNTY ET AL. Appeal from the Circuit Court of the United States for the Northern District of West Virginia. December 15, 1902. Dismissed, clerk's costs to be

Cases Dismissed in Vacation.

paid by appellants, per stipulation of counsel. *Mr. John H. Holt* and *Mr. Melville D. Post* for the appellants. *Mr. Alston G. Dayton* for the appellees.

-------

## *Cases Dismissed in Vacation.*